UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 3:21-cv-00247-MCR-EMT

IN RE:

PETITION OF STEVEN SAWYER, as titled owner of and for the "PIECES OF A DREAM", a 1997 36' MAINSHIP, hull identification number MPC34066C797, her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

        Petitioner.            /

## PETITIONER'S AD INTERIM STIPULATION OF VALUE AND STIPULATION FOR COSTS

WHEREAS, the Petitioner, having instituted a proceeding in this Court for exoneration or limitation of or from liability with respect to the incident involving the M/Y "Pieces of a Dream", a 1997 36' MAINSHIP, hull identification number MPC34066C797, her engines, tackle, and appurtenances (the "Vessel"), which occurred on or about September 16, 2020 as described in the Petition for Exoneration from or Limitation of Liability, in which there may have been loss, injury or damage as set forth in the Petition filed herein, wherein the Petitioner requests, among other things, that the Court will cause due appraisement to be made in the amount of value of the Petitioner's interest in said Vessel, that a Monition may issue to all persons or

corporations claiming damages against Petitioner for loss, injuries or damages arising out of said incident, citing them to appear and make due proof of their respective claims and also to appear and answer the allegations of Petitioner herein and that an injunction issue restraining the prosecution of all actions, claims or proceedings except pursuant to the Monition granted herein; and

WHEREAS Petitioner wishes to prevent the prosecution of all proceedings against Petitioner and the commencement of prosecution of any and all suits, actions, or legal proceedings of any nature and description whatsoever, in all courts, and now wishes to provide an Ad Interim Stipulation for the value of his interest in the Vessel as security for all those who may file claims herein;

NOW, THEREFORE, the Petitioner stipulates that he will issue no more than the sum of Zero Dollars and Zero Cents ($0.00) in the form of a surety Letter of Undertaking ("LOU") with interest at a rate to be determined by the Court from the date hereof and costs, and Petitioner will issue said LOU and/or file said LOU into the Court within fifteen (15) days after the demand therefore by any claimant.

FURTHER, and in the alternative to the foregoing, Petitioner will pay and/or deposit a surety bond in the Court's registry, within fifteen (15) days after the entry of an Order confirming the report of a commissioner to be appointed to appraise the amount of value of the Petitioner's interest in the Vessel, the amount or value of such interest is thus ascertained and ordering the posting of said bond, if demanded

by any claimant, or will file in this proceeding a Stipulation for Value in the usual form, and that after giving of the Stipulation of Value in the usual form, this Stipulation shall stand as security for all claims in the said limitation of liability proceeding *in lieu* of said bond, until such time as any claimant demands the posting of a bond or the Court so orders.

Dated: February 16, 2021.

                                              Respectfully submitted,

**DAVANT LAW, P.A.**
*Attorneys for Petitioner*
12 Southeast 7th Street, Suite 605
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400

By: */s/ Charles S. Davant*
Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Melaina D. Haisfield
Florida Bar No. 20933
mdh@davantlaw.com