**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CASE NO.:  3:21-cv-00247-MCR-EMT**

IN RE:

PETITION OF STEVEN SAWYER, as
titled owner of and for the "PIECES OF
A DREAM", a 1997 36' MAINSHIP,
hull          identification          number
MPC34066C797,  her  engines,  tackle,
and  appurtenances,  for  Exoneration
from or Limitation of Liability,

_____Petitioner._____/

**ORDER APPROVING AMENDED AD INTERIM STIPULATION,**
**DIRECTING ISSUANCE**
**OF MONITION AND INJUNCTION**

This Amended Petition having been filed on the 5th day of March, 2021, by

STEVEN SAWYER (hereinafter "Petitioner"), as titled owner of the M/Y "Pieces

of a Dream", a 1997 36' MAINSHIP, hull identification number MPC34066C797,

her engines, tackle, and appurtenances (the "Vessel"), for Exoneration From or

Limitation of Liability as provided in 46 U.S.C. § 30501 *et seq.* and pursuant to Rule

F of the Supplemental Rules for Certain Admiralty and Maritime Claims for the

Federal Rules of Civil Procedure and Local Admiralty Rule F, for all losses,

damages, injuries, deaths, or destruction allegedly resulting from the incident that

occurred on or about September 16, 2020, referred to in the Amended Petition.

And Petitioner having deposited with the Court as security for the benefit of claimants, an Amended Ad Interim Stipulation not less than or equal to the amount or value of his interest in the Vessel and pending freight, if any, as required by the rules of this Court and by the law;

**IT IS ORDERED AND ADJUDGED** that the Amended Ad Interim Stipulation for the value of Petitioner's interest in the Vessel in the principal amount of Three Thousand Five Hundred Dollars and Zero Cents ($3,500.00), with interest at a rate to be determined by the Court from the date hereof, executed on the 5th day of March, 2021, by Petitioner, as Principal, and filed herein by Petitioner, be accepted as Ad Interim Stipulation for the purpose of this Limitation of Liability proceeding and that it be approved as to form and quantum.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** Petitioner and any Claimant who may properly become a party hereto may contest the amount of value of Petitioner's interest in the Vessel and pending freight, if any, as fixed in said Amended Ad Interim Stipulation, and may move the Court for due appraisal of said interest and may apply to have the amount of said stipulation increased or decreased, as the case may be, on the determination by the Court of the amount or value of said interest or to carry out the provisions of 46 U.S.C. § 30501 *et seq.* for personal injuries, property damage, or any other claims resulting from the incident that occurred on September 16, 2020, referred to in the Amended Petition.

**IT IS FURTHER ORDERED AND ADJUDGED** that a notice shall be issued by the Clerk of this Court advising and admonishing all persons asserting claims for any and all losses, damages, injuries, deaths, or destruction allegedly as a result of the occurrences and happenings recited in the Amended Petition, to file their respective claims with the Clerk, United States District Courthouse for the Northern District of Florida located at One Palafox Street, Pensacola, Florida 32502 and serve on or mail copies thereof to the Petitioner's attorney, CHARLES S. DAVANT, ESQUIRE, DAVANT LAW, P.A., 12 Southeast 7th Street, Suite 605, Fort Lauderdale, Florida 33301 *on or before* _April 19, 2021_   or be defaulted and if any claimant desires to contest Petitioner's right to exoneration from or limitation of liability, Claimant(s) shall file and serve on Petitioner's attorney an answer to the Amended Petition, on or before said date, unless his claim has included an answer to the Amended Petition so designated, or be defaulted.

**IT IS FURTHER ORDERED AND ADJUDGED** that publication of the aforesaid notice in the form required by Rule F of the Supplemental Rules for Certain Admiralty Claims of the Federal Rules of Civil Procedures be published in a newspaper of general circulation in the Escambia County area once a week for four (4) successive weeks prior to the date fixed for the filing of claims in accordance with Supplemental Rule F.

**IT IS FURTHER ORDERED AND ADJUDGED** that the commencement or further prosecution of any action or proceeding against Petitioner, the Vessel or other property of Petitioner with respect to any claims for which Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death or destruction, more fully described in the Amended Petition, be and the same is hereby restrained, stayed and enjoined until the hearing and determination of this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that service of this Order as a restraining order may be made by mailing a conformed copy of it to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**IT IS FINALLY ORDERED AND ADJUDGED** that Petitioner, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person or entity known to have made a claim against Petitioner or the Vessel arising out of the incident more fully described in the Amended Petition.

DONE AND ORDERED this 5th day of March 2021.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

4