UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 3:21-cv-00247-MCR-EMT

IN RE:

PETITION OF STEVEN SAWYER, as titled owner of and for the "PIECES OF A DREAM", a 1997 36' MAINSHIP, hull identification number MPC34066C797, her engines, tackle, and appurtenances, for Exoneration from or Limitation of Liability,

           Petitioner.           /

## JOINT NOTICE OF SETTLEMENT

Petitioner, Steven Sawyer, as titled owner of and for the M/Y "PIECES OF A DREAM", a 1997 36' Mainship, hull identification number MPC34066C797 ("Petitioner"), and Interested Party/Anticipated Claimant, FDC Holdings, Inc. d/b/a Pensacola Shipyard (the "Shipyard") (Petitioner and the Shipyard are, collectively, the "Parties"), hereby give notice that they have reached a settlement in this case. It includes the issues raised in the Amended Petition, as well as all claims. The Parties are in the process of finalizing a confidential settlement agreement and will file a Notice of Dismissal with the Court.

Dated: May 19, 2021.

                                                          Respectfully submitted,

| | |
|---|---|
| **CARLTON FIELDS, P.A.**<br>By: */s/ Scott A. Richards*<br>Scott A. Richards (FBN: 72657)<br>200 S. Orange Ave., Ste. 1000<br>Orlando, FL 32801<br>Tel.: (407) 244-8226<br>Fax: (407) 648-9099<br><br>Amy M. Bowers (FBN: 105755)<br>2 MiamiCentral<br>700 NW 1st Ave., Ste. 1200<br>Miami, FL 33136<br>Tel.: (305) 539-7205<br>Fax: (305) 530-0055<br>E-Mail: srichards@carltonfields.com<br>abowers@carltonfields.com<br><br>*Counsel for the Shipyard* | **DAVANT LAW, P.A.**<br>By: */s/ Melaina D. Haisfield*<br>Charles S. Davant (FBN: 15178)<br>Melaina D. Haisfield (FBN: 20933)<br>12 SE 7th Street, Suite 605<br>Fort Lauderdale, FL 33301<br>Tel.: (954) 414-0400<br>Email: csd@davantlaw.com<br>mdh@davantlaw.com<br><br>*Counsel for Petitioner* |