## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION
## IN ADMIRALTY

IN THE MATTER OF PETITION OF
STEVEN SAWYER, As titled owner of
and for "PIECES OF A DREAM" a 1997
36' MAINSHIP, hull identification number
MPC34066C797, her engines, tackle,
and appurtenances, for Exoneration
from or Limitation of Liability

        Petitioner                  CASE NO. 3:21-CV-0247-MCR-EMT

## DEFAULT FINAL JUDGMENT

Default Final Judgment is entered against all potential claimants who have not filed claims in this action, other than Claimant., FDC Holdings, Inc. d/b/a Pensacola Shipyard. This Order also exonerates the Petitioner from any responsibility, loss, damage or injury, from any and all claims arising out of the incident described in the Amended Petition for Exoneration from or Limitation of Liability (DE 8) against all potential claimants who have not filed claims in this action, other than Claimant, FDC Holdings, Inc. d/b/a Pensacola Shipyard.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

June 2, 2021                     /s/ A'Donna Bridges
DATE                             Deputy Clerk: A'Donna Bridges